# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| YVONNE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 1:19-cv-02569-ELR |
| BRIXMOR OPERATING | ) | |
| PARTNERSHIP LP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Defendant Brixmor Operating Partnership LP ("Defendant"), by and through the undersigned counsel of record, hereby gives the Court notice that Plaintiff Yvonne Brown and Defendant have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

Dated: September 16, 2019          Respectfully submitted,

/s/ Sean K. McMahan
Sean K. McMahan
Georgia Bar No. 140861
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
sean.mcmahan@morganlewis.com
T:  +1.202.222.5520
F:  +1.202.739.3001

1

# CERTIFICATE OF SERVICE

I certify that on September 16, 2019, I filed the within and foregoing document with the Clerk of the Court using the CM/ECF System for the federal District Court for the Northern District of Georgia. A true and correct copy of the same will be delivered via electronic mail to the following counsel:

Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

*/s/ Sean K. McMahan*
Sean K. McMahan

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

*/s/ Sean K. McMahan*
Sean K. McMahan