# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| YVONNE BROWN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:19-CV-02569-ELR |
| | * | |
| BRIXMOR OPERATING PARTNERSHIP LP, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Defendant, Brixmor Operating Partnership LP, has notified the Court that the parties have reached a settlement in principle. For good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the parties should promptly move to reopen the case.

**SO ORDERED**, this 17th day of September, 2019.

Eleanor L. Ross
United States District Judge
Northern District of Georgia