IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVONNE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 1:19-cv-02569-ELR |
| BRIXMOR OPERATING ) | |
| PARTNERSHIP LP, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Yvonne Brown and Defendant Brixmor Operating Partnership LP, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: November 11, 2019.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

1

/s/Sean K. McMahan
Sean K. McMahan
Georgia Bar No. 140861
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington D.C., 20004-2541
Tel: (202) 222-5520
Fax: (202) 739-3001
sean.mcmahan@morganlewis.com

## CERTIFICATE OF SERVICE

I certify that on November 11, 2019, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

Sean K. McMahan, Esq.
Morgan, Lewis & Bockius LLP
200 S. Biscayne Boulevard, Suite 5300
Miami, Florida 33131-2339
sean.mcmahan@morganlewis.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule

5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich  
Craig J. Ehrlich